From: The District Court of the Seventh Judicial District. County of Richland.

STATE OF MONTANA, Plaintiff, vs. LARRY JOSEPH DOSHIER, Defendant.

DECISION

No. 1205 C

The application of the above-named defendant for a review of the sentence of 10 years imposed on May 19th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Jock West, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. MELVIN FRANCIS POITRA, Defendant.

DECISION

No. 6531 B

The application of the above-named defendant for a review of the sentence of 8 years for Sexual Assault imposed on May 3, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

Judge Jack L. Green dissents to decision. He recommended an increase in original sentence imposed.

We wish to thank Michael C. Riley of the Montana Defender Project for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. DARRELL VIALPANDO, Defendant.

DECISION

No. 9867

The application of the above-named defendant for a review of the sentence of 5 years for Attempted Burglary imposed on April 19th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed except the last year of said sentence is hereby suspended. During the period of said suspended sentence, defendant shall be under the supervision of the Montana Adult Parole and Probation Division and subject to their rules and regulations.

We wish to thank Maynard C. Bowers, Jr., for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.